UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Doyce G. Barnes**                                         **Docket No. 7:25-CR-78-1D**

### Petition for Action on Supervised Release

COMES NOW Henry Ponton, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Doyce G. Barnes, who, upon a finding of guilt by jury to Conspiracy to Commit Mail Fraud, in violation of 18 U.S.C. §§ 1341 and 1349, and Securities Fraud, in violation of 15 U.S.C. § 98j(b) and 18 U.S.C. § 371, was sentenced by the Honorable Greg N. Stivers, Chief U.S. District Judge in the Western District of Kentucky, on December 16, 2022, to the custody of the Bureau of Prisons for a term of 48 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Doyce G Barnes was released from custody on July 16, 2025, at which time the term of supervised release commenced. On August 12, 2025, jurisdiction of the defendant's case was transferred to the Eastern District of North Carolina and assigned to the Honorable James C. Dever III, U.S. District Judge.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

As a condition of supervised release, the defendant was ordered to pay a fine of $371 per month. The judgment specifically indicates this is to cover supervision costs. The total fine would amount to $13,356. As the Eastern District of North Carolina does not traditionally impose supervision costs, it is respectfully requested that Your Honor consider removing the previously imposed fine. The defendant does not oppose the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The previously ordered fine of $371 per month is hereby removed.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Henry Ponton
Henry Ponton
Senior U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-4290
Phone: 910-679-2048
Executed On: March 2, 2026

**Doyce G. Barnes**
**Docket No. 7:25-CR-78-1D**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this ____3____ day of ____March____, 2026, and ordered filed and made a part of the records in the above case.

_____

James C. Dever III
U.S. District Judge